THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | NO.   C21-01371-JLR |
| Plaintiff, | |
| v. | JUDGMENT |
| DHD TRUCKING LLC, a Washington limited liability company, | |
| Defendant. | |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | DHD Trucking LLC |
| Principal Judgment Amount | $3,006.64 |
| Liquidated Damages | $601.33 |
| Interest to Date of Judgment: | $80.75 |
| Attorneys' Fees: | $867.00 |
| Costs: | $544.75 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Three percent (3%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant (Dkt. # 9), Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented,

and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid, the Declaration of Hunter Hughes, and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 174, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Plaintiff's Agreements and Declarations of Trust for the period October 2020, November 2020, January 2021, February 2021 and March 2021:  for contributions of $3,006.64; for liquidated damages of $601.33, for pre-judgment interest of $80.75, for attorneys' fees of $867.00, and for costs of $544.75, all for a total of $5,100.47.

JUDGMENT ENTERED this 16th day of December, 2021.

THE HONORABLE JAMES L. ROBART

//

//

//

Presented for Entry by:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.


By:  *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorney for Plaintiff